UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| MUAKESE BISHOP, | : | VIOLATION: |
| | : | 18 U.S.C. § 922(n) |
| Defendant. | : | (Unlawful Receipt of a Firearm by a Person Under Indictment) |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol Without a License (Outside of Home or Place of Business)) |
| | : | FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 13, 2019, within the District of Columbia, **MUAKESE BISHOP**, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute a Controlled Substance while Armed and related offenses, in the Superior Court for the District of Columbia, docket number 2017 CF2 019574, did willfully receive a firearm, that is, a Glock 21, .45 caliber semi-automatic pistol, said firearm having been shipped and transported in interstate commerce.

**(Unlawful Receipt of a Firearm by a Person Under Indictment**, in violation of Title 18, United States Code, Section 922(n))

## COUNT TWO

On or about May 13, 2019, within the District of Columbia, **MUAKESE BISHOP** did carry, openly or concealed on or about his person, in a place other than his dwelling place, place of business, or on other land possessed by him, a pistol, that is, a Glock 19 9mm caliber semi-automatic pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of Title 22, District of Columbia Code, Section 4504(a) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 21 .45 caliber semi-automatic pistol.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu/DAB*

Attorney of the United States in
and for the District of Columbia.